# EXHIBIT 5

COPY

8

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

RECEIVED
JAN 17 2007
DSC
CONTRACTING SERVICES

# Washington Monument Physical Security System
# Contract No. 1443CX305998901; Task Order No. 35

# Certified Claim/Request For Equitable Adjustment to Contract Amount
## Constitution Avenue Tie-In - $12,244

# Request For Contracting Officer's Final Decision



**Submitted: January 12, 2007**

301 881 8081 www.grunley-walsh.com fax 301 881-8083

# GRUNLEY-WALSH, LLC

## LETTER OF TRANSMITTAL

RECEIVED
JAN 17 2007
DSC
CONTRACTING SERVICES

TO: US Dept. of The Interior - NPS
Denver Services Center
12795 W. Alameda Parkway
P. O. Box 25287
Denver, CO 80225-0287

DATE: January 12, 2007

JOB #: 03-096

RE: Washington Monument Physical Security Systems
Physical Security System Task Order No. 35
Contract No. 1443CX305998901

ATTN.: John M. Fox, Contracting Officer

We are sending you the following items ☐ attached ☐ under separate cover via UPS - 2nd Day

☐ Submittal/Dwgs ☐ Prints ☐ Plans ☐ Samples ☐ Specifications
☐ Copy of letter ☐ Plans ☐ Change order Other:

| COPIES | DATE | SBMTL # | DESCRIPTION | DIVISION |
|---|---|---|---|---|
| 1 | 1/12/2007 | | Letter - Original | |
| 4 | | | Constitution Avenue Tie-In Notebook: Certified Claim/Request for Equitable Adjustment | |
| | | | to Contract Amount - Request for Contracting Officer's Final Decision | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THESE ARE TRANSMITTED:

☐ For approval
☐ For your use
☐ As requested
☐ For review and comment
☐ FOR BID DUE:

☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Prints returned after loan
☐ Other:

☐ Resubmit ____ copies for approval
☐ Submit _____ copies for distribution
☐ Please Return ____ reviewed copies

Remarks:

By: *Bassem Soueidan, Operations Manager*
Carmina Mendoza, Administrative Assistant

5010 Nicholson Lane, Suite 200
Rockville, MD 20852
301-881-8081 - Fax: 301-881-8083

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

RECEIVED
JAN 17 2007
DSC
CONTRACTING SERVICES

January 12, 2007

United States Department of
The Interior – NPS
Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287
**ATTN: John M. Fox, Contracting Officer**

**RE: Washington Monument Physical Security System**
**Contract No. 1443CX305998901; Task Order No. 35**

**Subj: Certified Claim/Request For Equitable Adjustment to Contract Amount**
**Constitution Avenue Tie-In - $12,244**

**Request For Contracting Officer's Final Decision**

Dear Mr. Fox:

Reference is made to our contract for the above Project as well as to Task Order No. 35. Reference is also made to our prior cost submissions for additional work stemming from the requirement to tie-in new construction with the existing grades, sidewalks and utilities at the area just south of the intersection of Constitution Avenue and 16th Street. As you are aware, Contract Modification No. 9, provided compensation to dig utility test pits in this area. However, it did not pay for the additional costs to "marry" the new grades with the existing grades, to revise the drainage in the area and to adjust the existing utilities in the area. The unpaid additional cost to perform this change work totals **$12,244.19**.

Grunley-Walsh is herewith submitting these unpaid additional costs as a Certified Claim / Request For Equitable Adjustment ("REA") in accordance with the Contract Disputes Clause and the Contract Disputes Act. Attached as **EXHIBIT 1** is a complete itemization as well as

supporting cost data for the additional costs requested herein. In submitting these claimed costs, we request a Contracting Officer's Final Decision on this matter within 60 days.

**Entitlement Overview**

On May 6, 1998 Grunley-Walsh was awarded an Indefinite Quantity Contract to stabilize and preserve the Washington Monument (Contract No. C3059980901). Pursuant to Contract Modification No. 0007, dated November 15, 2001, the General Provisions to our original contract were deleted and replaced with revised contract clauses which included certain FAR provisions incorporated by reference. Three of these provisions included the Changes clause (FAR 52.243-04 August 1987), the Disputes clause (FAR 52.233-01 December 1998) and the Differing Site Conditions clause (FAR 52.236-02 April 1986).

In accordance with the Contract, on December 5, 2003 Grunley-Walsh was issued Task Order No. T3059989135 (Task Order No. 35) in the amount of $13,993,216. Among other things, Task Order No. 35 required Grunley-Walsh to construct and install an above-ground security barrier system in accordance with certain specifications and drawings prepared under a previous Task Order by the Olin Partnership.[1] This included the construction of elements contained on NPS Drawing No. 807-41032. These drawings included the 90% construction documentation that existed as of November 2003. To prepare these drawings and to identify the work required in Task Order No. 35, the Olin Partnership was issued existing background drawings by the National Park Service.

In the area of the Project just south of the Constitution Avenue and 16th Street intersection (around the German American Friendship Gardens), the design was virtually non existent. This was due to the fact that no decisions had been made about the integration of this relatively small area with the rest of the Project.

[1] The Olin Partnership was Grunley-Walsh's design consultant for the work required in Task Order No. 35.

United States Department of
The Interior – NPS
Denver Service Center
Constitution Ave.
Tie-In Claim
January 12, 2007
Page 3




Drawing L3.1 Excerpt




Drawing L4.13 Excerpt

Per the November 2003 contract drawings, Grunley-Walsh was required to first demo and remove and existing entrance and parking lot in this area of the project. The above drawings

United States Department of
The Interior – NPS
Denver Service Center
Constitution Ave.
Tie-In Claim
January 12, 2007
Page 4

then required installation of a new sidewalk; connecting to the existing sidewalk along Constitution Avenue.




Drawing L2.3 Excerpt

As the Project progressed, the Park Service radically changed the design for this area; creating new sidewalks, new landscape areas and a new pull-off area where the 16th street

parking lot entrance used to exist. To effect these changes, a design sketch dated June 22, 2005 was initially issued (copy attached at **EXHIBIT 2**). Thereafter, by letter dated July 21, 2005 (copy attached as **EXHIBIT 3**) the Park Service's on site representative (Alpha Corporation) revised to the sketch so the final design appeared as follows:



United States Department of
The Interior – NPS
Denver Service Center
Constitution Ave.
Tie-In Claim
January 12, 2007
Page 6

Although Modification No. 7, provided compensation for the new side walks and the landscape area, it don't provide compensation for "marrying" the grades outside of the sidewalks to the new grades for the sidewalks. Likewise, it did not provide compensation for adjusting the existing utilities to the new grades and existing landscape conditions (e.g. tree roots, etc.).[2]




[2] As stated previously, Modification No. 9 provided compensation for digging test pits at some (but not all) of the existing utilities.

United States Department of
The Interior – NPS
Denver Service Center
Constitution Ave.
Tie-In Claim
January 12, 2007
Page 7



July 2005 – Test Pitting Utilities Next to Constitution Avenue



July 2005 – Looking South – Area of Changed Grading

**Quantum Overview**

The additional costs sought in this claim is for work performed by our subcontractor, Cherry Hill Construction Company (submitted in RCO's 951.56 Revised – copy included in **EXHIBIT 1**). Cherry Hill's costs are supported by daily work tickets, which indicate the work which had to be performed. The total cost to Cherry Hill for this change work amounts to $11,257. Mark-ups allowed to Grunley-Walsh for this change work totals an additional $987. When added to Cherry Hill's cost, the total amount claimed is $12,244.19

**Certification**

Although this claim is less than $100,000, since the aggregate of claims Grunley-Walsh has submitted on this project exceed $100,000, this certification is provided in accordance with the Contract Disputes Act:

I certify that this claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amounts requested accurately reflect the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Sincerely,

**GRUNLEY-WALSH, LLC.**

Bassem Soueidan
Operations Manager

Enclosures
cc: Roger C. Jones, Esquire (w/encls.)
Cherry Hill Construction (w/encls.)