2. **RCO 951.09 – Modification of Steam Tunnel Roof at Monument Plaza:**

At the base of the Monument itself, the background drawings depicted the abandoned tunnel terminating Southwest of an existing underground utility vault on the West side of the Monument.




Contract Drawing L5.2 Excerpt

In this location the depth of the abandoned tunnel was sufficient so that it did not conflict with the new plaza slab and the new light pole foundations that were installed. However, at the underground utility vault next to the Monument a second tunnel was found; running from the vault itself into the basement of the Monument. Although the background drawings show the existing utility vault, they did not show and/or in anyway depict the existence of this second

tunnel. It was not until excavation around the Monument itself began that this second tunnel was discovered. And, unfortunately, the depth of this second tunnel was not sufficient to avoid conflict with the footings for the new light fixtures to be installed at the new plaza slab.




In addition to the discovery of this second tunnel, there were other issues/problems discovered with the adjacent tunnel vault. First, the vault itself was structurally unstable and, second, the vault roof required a new reinforced concrete slab. Again, when these differing conditions were discovered, they were immediately brought to the attention of the Park Service's representatives, Mike Giller, Shean Kennealy and Steve Sims. As before, to deal with these

issues, the consulting structural engineer issued a sketch on January 29, 2005 (copy attached as **EXHIBIT 3**) requiring change work to resolve the differing conditions.




Due to the existence of these unforeseen differing conditions, the existing tunnel / vault slab had to be chipped away and a new concrete bridge had to be installed over the existing tunnel as well as the adjacent tunnel vault containing steam pipe.

3. **<u>RCO 951.01 – Remove Existing Brick & Mortar Between Bunker & Monument:</u>**

In order to continue with the new paving at the Monument Plaza, brick and mortar around the existing tunnel / vault had to be removed. Again, this was an unforeseen differing condition which required change work by our subcontractor, Cherry Hill, to resolve.



Brick and Mortar Around Existing Steam Tunnel Vault



Brick and Mortar Around Existing Steam Tunnel Vault



Brick and Mortar Removal Around Existing Steam Tunnel Vault

4. **RCO 951.01.02 – Remove Existing Stone/Concrete Between Bunker & Monument:**

In addition to the removal of the brick and mortar, there was also a considerable amount of stone and concrete that had to be removed in order to install the new plaza slabs around the base of the monument. Again, this was an unforeseen differing condition which required change work by our subcontractor, Cherry Hill, to resolve. Further, most of this work had to be done by hand/jackhammer.



Existing Stone/Concrete Requiring Removal



Existing Stone/Concrete Requiring Removal




5. **RCO 951.66 – Adjust Existing Vault at West Side Conflicting with Sidewalk:**

The final differing condition that is the subject of this claim involved two existing DC WASA vault, not depicted on the background drawings, which conflicted with the installation of the new sidewalks at the Northwest side of the Project.




Drawing L6.2 (Amended 11/22/05) Excerpt



6/19/2005 Picture Looking West/Northwest – Location of Unforeseen Existing Vaults

At the time the existing vaults were discovered, it was just a few weeks prior to the planned July 4, 2005 re-opening celebration. As such, there was not enough time to effect a new design to adjust/lower the vault to avoid conflict with the new sidewalks. When Grunley-Walsh brought this issue to the attention of the Park Service's representatives (Mike Giller and Steve Sims), it was decided to cover the existing vaults with asphalt to the opening celebration could take place. This change work was paid for in Modification No. 8 (Item C).

After the July 4th re-opening celebration, the asphalt had to be removed and the elevation of the existing vaults had to be adjusted, so the new sidewalks could be poured and placed in this area. This change work, which stemmed from the unforeseen differing condition relating to the existing vaults, was not compensated for in Modification No. 8. As such, the cost of this work is now included in this claim.

**<u>Quantum Overview</u>**

The additional costs sought in this claim is for work performed by our subcontractor, Cherry Hill Construction Company (submitted in RCO's 950.62, 951.09, 951.01, 951.01.02, and 951.66). Cherry Hill's costs are supported by daily work tickets, which indicate the work which had to be performed. The total cost to Cherry Hill for this change work amounts to $19,758. Mark-ups allowed to Grunley-Walsh for this change work totals an additional $1,621. When added to Cherry Hill's cost, the total amount claimed is $21,379.

**<u>Certification</u>**

Although this claim is less than $100,000, since the aggregate of claims Grunley-Walsh has submitted on this project exceed $100,000, this certification is provided in accordance with the Contract Disputes Act:

I certify that this claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amounts requested accurately reflect the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Sincerely,

**GRUNLEY-WALSH, LLC.**

Bassem Soueidan
Operations Manager

Enclosures
cc: Roger C. Jones, Esquire (w/encls.)
Cherry Hill Construction (w/encls.)