# EXHIBIT 12

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W Alameda Parkway
P O Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217(DSC)
NACC0422400 (WAMO)
1443C3059980901
TO T3059989135

October 18, 2006

Grunley-Walsh LLC
5010 Nicholson Lane, Suite 200
Rockville, MD 20852

FAX 301-881-8083

Attn: Bassem Soueidan, Operations Manager

RE: Washington Monument Physical Security System; Contract No 1443CX305998901; Task Order No. 35

Subject: Certified Claims, Various Dates and Amounts

To date we have received the following certified claims related to the above Contract and Task Order from your office:

| Claim Title | Date Received | Amount |
|---|---|---|
| | | |
| Survey Lodge Flood Damage | July 17, 2006 | $183,409 |
| Irrigation Change Work | August 16, 2006 | $742, 452 |
| Monument Lodge Site Improvements | September 29, 2006 | $60,708 |
| Monument Lodge PEPCO Line Relocation | September 29, 2006 | $38,428 |
| Undercut Unsuitable Soils & Backfill | October 10, 2006 | $56,919 |

In addition, you have indicated that we can expect several more related claims totaling approximately one million dollars.

This letter is to advise you that since these claims are all related to the same task order we will consider them as one, issuing a single Contracting Officer's Final Decision after we have received the final claim in the series.

Therefore, please try to have the remaining claims in this office within the next 30 days; or, if that is not possible, let us know, within the next 30 days, when we can expect to receive the last of your claims.

If you have any questions, feel free to call me at 303-969-2118.

Sincerely,

John M. Fox
Contracting Officer

cc: Regional Director, NCR
NAMA Supt, Keys
DSC-D&C, Aitken, Alexander, Giller