IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; & 07-85C (consolidated)

(Filed: March 14, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are a series of motions, filed by the government on March 8, 2007, requesting that the court consolidate the six above-captioned cases and grant a stay in each of the cases. In requesting the consolidation, the government states that the six cases involve the same plaintiff, Grunley-Walsh, LLC, the same contract, and the same task order. The government requests a stay in each of the cases until the contracting officer has rendered a final decision on certain of plaintiff's claims which also relate to the contract at issue in these cases and which remain pending before the contracting officer. Plaintiff does not oppose the motions to consolidate, but it does oppose the motions to stay proceedings.

For good cause shown, the government's motions to consolidate are GRANTED. Cases 06-721C, 06-723C, 06-815C, 06-816C, 06-837C, and 07-85C shall be consolidated. For future filings, the parties shall use 06-721C as the lead case and shall refer to Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; & 07-85C (consolidated) in the caption. The court will defer any ruling on the government's motions to stay proceedings in these consolidated cases, pending receipt of plaintiff's responses.

It is so ORDERED.

s/ Charles. F. Lettow
Judge